Talbot Mills, Inc., a Corporation, Plaintiff-Appellant, v. Sam Benezra and Morris Benezra, Individually and as Co-partners d/b/a Super Togs Co., Defendants-Appellees, and Goldblatt Bros., Inc., a Corporation, Garnishee-Defendant-Appellee.

Gen. No. 49,989.

First District, Fourth Division.

June 30, 1965.

Teller, Levit and Silvertrust, of Chicago (Joseph L. Matz and Howard M. Turner, of counsel), for appellant; Goldberg & Levin, of Chicago (Mayer Goldberg and Marvin Sacks, of counsel), for appellees. Opinion by JUSTICE DRUCKER. Not to be published in full.